UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DOORDASH, INC., GRUBHUB INC., and
PORTIER, LLC,

                              Plaintiffs,

  - against -                                          **NOTICE OF APPEARANCE**

CITY OF NEW YORK,                                         21-cv-7564 (GHW)

                              Defendant.

------------------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Darren Trotter, appears as counsel for defendant City of New York and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         September 29, 2021

                                                  GEORGIA M. PESTANA
                                                Corporation Counsel of
                                                    the City of New York
                                                Attorney for Defendant
                                                100 Church Street
                                                New York, New York 10007
                                                Email: dtrotter@law.nyc.gov
                                                Tel: (212) 356-1662

                              By:              /s/
                                            Darren Trotter
                                            Assistant Corporation Counsel

TO: All Counsel (via ECF)