UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC., GRUBHUB INC., and PORTIER, LLC,

                     Plaintiffs,

   -against-

CITY OF NEW YORK,

                     Defendant.

21 Civ. 7564 (GHW)

## MOTION TO WITHDRAW APPEARANCE
## BY DARREN MICHAEL TROTTER

      Upon the accompanying affirmation of Darren Michael Trotter, the undersigned respectfully moves this Court to withdraw the appearance of Darren Michael Trotter and Kevin Bernard Collins on behalf of Defendant in the above-captioned action.

Dated:       New York, New York
               October 31, 2023

                                                       **HON. SYLVIA HINDS-RADIX**
                                                       Corporation Counsel of the
                                                            City of New York
                                                       Attorney for Defendant
                                                       100 Church Street
                                                       New York, New York 10007

                                      By:         /s/
                                                     Darren Michael Trotter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC., GRUBHUB INC., and PORTIER, LLC,<br><br>                            Plaintiffs,<br>     -against-<br><br>CITY OF NEW YORK,<br><br>                            Defendant. | 21 Civ. 7564 (GHW) |

**AFFIRMATION OF DARREN MICHAEL TROTTER**
**IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

I, Darren Michael Trotter, an attorney admitted to practice before this Court, and the courts of the State of New York, hereby affirm under penalty of perjury as follows:

1. I am an Assistant Corporation Counsel in the office of Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant in the above-captioned action (the "Action").

2. I am one of the attorneys of record for Defendant in the Action.

3. While I am still employed at the Office of the Corporation Counsel of the City of New York, I am no longer working the Administrative Law and Regulatory Litigation Division and will no longer represent Defendant in this Action.

4. Upon information and belief, Kevin Bernard Collins, an attorney of record for Defendant in the Action, is no longer employed by the Office of the Corporation Counsel of the City of New York and will no longer represent Defendant in this Action.

5. Karen Beth Selvin, Nicholas Robert Ciapetta, and Jordan Schneider are also an attorneys of record for Defendant in the Action, and the Office of the Corporation Counsel of the City of New York continues to represent Defendant in the Action.

6. Accordingly, I respectfully request that (i) the Court grant the motion to withdraw the appearances of Darren Michael Trotter and Kevin Bernard Collins for Defendant in the Action, and (ii) the Clerk be directed to terminate these appearances.

Dated:     New York, New York
           October 31, 2023

                                                    /s/
                                            DARREN MICHAEL TROTTER