UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOORDASH, INC., GRUBHUB, INC., and
PORTIER, LLC,

                Plaintiffs,

    - against -

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

21 Civ. 7564 (GHW) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

       The undersigned is in receipt of the March 12, 2024 letter from non-parties Andrew Rigie, Jeffrey Bank, and Robert S. Bookman (together, "Non-Parties") requesting a pre-motion conference before Judge Woods.  (Dkt. No. 67).  Judge Woods denied that request on the basis that he had referred this action to Judge Sarah L. Cave for general pretrial management following the Non-Parties' letter, and that they should refer to her individual rules regarding next steps.  (*See* Dkt. Nos. 68, 69).  Since Judge Woods' initial denial, neither the parties, the Non-Parties, nor Judge Cave have made an additional docket entry with respect to the Non-Parties' March 12, 2024 letter.  In the meantime, this action has since been redesignated to the undersigned magistrate judge.  (Docket Entry dated March 19, 2024).

       Insofar as the Non-Parties' letter for a pre-motion conference is addressed to the Court generally, rather than Judge Woods exclusively, their request is **GRANTED** under the following condition: counsel for the Non-Parties and

Plaintiffs must meet and confer prior to the conference in a good faith attempt to narrow the scope of their disagreement regarding Plaintiffs' subpoenas and the Non-Parties' objections thereto. (*See* Dkt. No. 67 Exs. A, B). If counsel's meet and confer session obviates the need for a pre-motion conference, or if the Non-Parties no longer seek a pre-motion conference, the Non-Parties should inform the Court of such by letter no later than **Tuesday, March 26, 2024**. Otherwise, the pre-motion conference shall occur by video on **Thursday, March 28, 2024 at 11:00 A.M via Microsoft Teams.** Counsel is directed to joint the conference at the scheduled time using the following link: [Click here to join the meeting](#). Meeting ID **[297 908 303 160]**; Passcode: **[2TEAXC]**.

If Plaintiffs wish to submit a letter setting forth their position prior to the conference, they must do so by **Tuesday, March 26, 2024**.

**SO ORDERED.**

DATED:   New York, New York
         March 21, 2024

_____
GARY STEIN
United States Magistrate Judge