

April 8, 2024

101 Park Avenue, 17th Floor
New York, NY  10178
212.878.7900   212.692.0940
WWW.FOXROTHSCHILD.COM

**VIA ECF**

DEVIN S. COHEN
Direct Dial: 212-878-7981
Email Address: DSCohen@FoxRothschild.com


Honorable Gary Stein
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 9A
New York, New York 10007

      **Re:**    ***DoorDash, Inc. et al v. City of New York***
              **Civil Action No.: 21-cv-07564**
              <u>**Letter Motion For Extension of Time**</u>

Dear Judge Stein:

      We represent non-parties the New York City Hospitality Alliance (the "Alliance"), Andrew Rigie, Jeffrey Bank, and Robert S. Bookman (collectively, "Non-Parties") who were served by Plaintiffs in this action with subpoenas to produce documents and to give testimony. Pursuant to Rules I(G) and III(B) of Your Honor's Individual Rules, we write to request a one-week extension of the briefing deadlines regarding Non-Parties' forthcoming motion to quash (the "Motion").

      The current (and original) deadlines are as follows:

1) **April 11, 2024**: Non-Parties' deadline to file the Motion; Defendant City of New York's deadline to file brief on the Motion;
2) **April 25, 2024**: Plaintiffs' deadline to file opposition to the Motion; and
3) **May 2, 2024**: Non-Parties' deadline to file reply.

Non-Parties respectfully propose the revised schedule below:

1) **April 18, 2024:** Non-Parties' deadline to file the Motion; Defendant City of New York's deadline to file brief on the Motion;
2) **May 2, 2024:** Plaintiffs' deadline to file opposition to the Motion; and
3) **May 9, 2024:** Non-Parties' deadline to file reply.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
155850329.2

...



Page 2

      This is Non-Parties' first request for an extension of the briefing deadlines. Non-Parties seek the additional time to: (1) continue conducting legal research; (2) finalize drafting their memorandum of law in support of the Motion; and (3) obtain client approval for filing of the Motion. All affected parties (counsel for Plaintiffs and counsel for Defendant City of New York) have consented to this request.

      We thank the Court for its time.

                                        Respectfully submitted,

                                        **FOX ROTHSCHILD LLP**

                                        /s/ *Devin S. Cohen*
                                        Glenn S. Grindlinger
                                        Ernest Edward Badway
                                        Devin S. Cohen

cc:    All counsel of record via ECF

155850329.2