```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
DOORDASH, INC., GRUBHUB INC., and                                 :
PORTIER, LLC,                                                     :
                                                                  :
                                        Plaintiffs,               :
                                                                  :
                  -against-                                       :
                                                                  :
                                                                  :
CITY OF NEW YORK,                                                 :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2024
```

1:21-cv-7564-GHW

ORDER

GREGORY H. WOODS, District Judge:

This action is referred to Judge Gary Stein for general pretrial matters, including non-dispositive discovery and evidentiary matters. Dkt. Nos. 68, 72. On August 2, 2024, the parties submitted an Evidentiary Stipulation and [Proposed] Order with a signature block for Judge Gregory H. Woods, rather than Judge Stein. Dkt. No. 107.

The Court declines to act on the proposed order at Dkt. No. 107 at this time. Pursuant to Judge Woods's Individual Rules of Practice in Civil Cases, immediately following the filing of any proposed order or stipulation, the parties must submit a joint letter to the Court in accordance with the conditions set forth in Individual Rule 1(F), including the basis for the Court's legal authority to enter the proposed order or stipulation and any other information that the parties believe would provide context for the Court's evaluation of the request. The parties did not file such a joint letter following their August 2 stipulation and proposed order. Dkt. No. 107.

If the parties intend to address the stipulation and proposed order at Dkt. No. 107 to Judge Woods, they should resubmit it together with a letter compliant with Judge Woods's Individual Rules of Practice.

SO ORDERED.

Dated: August 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge