```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
DOORDASH, INC., GRUBHUB INC., and
PORTIER, LLC,

           Plaintiffs,

   - against -

CITY OF NEW YORK,

           Defendant.

------------------------------------------------------------------------ x

No. 21-cv-7564 GHW-GS

## STIPULATION AND [PROPOSED] ORDER STAYING CASE, VACATING CASE MANAGEMENT DATES, AND PROVIDING FOR EVENTUAL DISMISSAL

**WHEREAS**, Plaintiffs DoorDash, Inc., Grubhub Inc., and Portier, LLC (collectively, "Plaintiffs") and Defendant City of New York ("Defendant") in the above-captioned action have met and conferred and determined that good cause exists for this stipulation and order;

**WHEREAS**, the parties have been engaged in settlement negotiations to resolve this proceeding;

**WHEREAS**, the parties executed a settlement agreement on April 23, 2025 that will resolve this action and other litigation pending in the Supreme Court of the State of New York between the parties if certain conditions are met;

In the interest of judicial economy and good cause showing, **NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED**:

    1. This action shall be stayed while the parties endeavor to effectuate their settlement agreement; and

    2. The parties reserve the right to seek additional relief, including by seeking to lift the stay if needed.

SO STIPULATED AND AGREED.

Dated:     April 28, 2025
             New York, New York

| **GIBSON, DUNN & CRUTCHER LLP** | **MURIEL GOODE-TRUFANT** |
|---|---|
| By: /s/ *Michael Holecek*<br>    Michael Holecek | By: /s/ *Nicholas Ciappetta*<br>    Nicholas Ciappetta |
| Esther Lifshitz<br>Jonathan Soleimani<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Ave<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>MHolecek@gibsondunn.com<br>ELifshitz@gibsondunn.com<br>JSoleimani@gibsondunn.com | Jordan Schneider<br>Scali Riggs<br>NEW YORK CITY LAW DEPARTMENT<br>100 Church Street, 4th Floor<br>New York, New York 10007<br>Telephone: (212) 356-4036<br>nciappet@law.nyc.gov<br>jschneid@law.nyc.gov<br>sriggs@law.nyc.gov |
| *Attorneys for Plaintiffs DoorDash, Inc., Grubhub Inc., and Portier, LLC* | *Attorneys for Defendant City of New York* |

SO ORDERED.

Dated: April 29, 2025

                                                  GREGORY H. WOODS<br>                                                  United States District Judge