USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
DOORDASH, INC., GRUBHUB INC., *and* :
PORTIER, LLC, :
: 1:21-cv-7564-GHW
                        Plaintiffs, :
: ORDER
        -against- :
:
:
CITY OF NEW YORK, :
:
                       Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On June 4, 2025, the parties stipulated to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to terminate all pending motions and to close this case.

      SO ORDERED.

Dated: June 4, 2025
New York, New York

                                                      GREGORY H. WOODS
                                         United States District Judge